**No. P68/76.**—Mataichi Corp. *v.* United States, protests 61/7884, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electrical tape, composed wholly or in chief value of vinyl material, similar in all material respects to that the subject of *Devon Tape Corp.* v. *United States* (57 Cust. Ct. 507, C.D. 2856), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 20, 1968

**No. P68/77.**—Hosoda Bros. and Hoyt, Shepston & Sciaroni *v.* United States, protests 65/353, etc. (San Francisco).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Ramen and similar styled alimentary pastes containing eggs or egg products similar in all material respects to those the subject of *Fujii Junichi Shoten, Ltd.*, et al. v. *United States* (54 Cust. Ct. 277, C.D. 2544), the claim of the plaintiffs was sustained.

**No. P68/78.**—W. Kay Co., Inc. *v.* United States, protests 61/23255 and 64/23591 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.